Dismissed and Opinion filed August 12, 2004









Dismissed and Opinion filed August 12, 2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00522-CV

____________

 

MARY YVONNE
CHILDRESS CONWAY, Appellant

 

V.

 

IP MATHAI,
Appellee

 



 

On Appeal from County Civil Court
at Law No. 3

Harris County,
Texas

Trial Court Cause No.
809,593

 



 

M E M O R A N D U M  O P I N I O N

This is an appeal from a judgment signed May 4, 2004.  The notice of appeal was filed on April 26,
2004.  To date, the filing fee of $125.00
has not been paid.  No proper affidavit
of indigence was filed with or before the notice of appeal.  See Tex.
R. App. P. 20.1.  Therefore, on
July 1, 2004, the Court issued an order stating that unless appellant paid the
appellate filing fee of $125.00 within fifteen days of the date of the order,
the appeal would be dismissed.  








The filing fee has not been paid, and appellant has not
responded to the Court=s order of July 1, 2004.

Accordingly, the appeal is ordered dismissed.  See Tex.
R. App. P. 42.3(c).  

 

PER CURIAM

 

 

Judgment rendered and Opinion
filed August 12, 2004.

Panel consists of Justices Yates,
Anderson, and Hudson.